In the United States District Courts
For the Western District of Texas

Angel, Eduardo, RESENDEZ
DCJ # 2170386

v.

Texas Department of
Criminal Justice
Executive Director
Bryan Collier
P.O. Box 99, Huntsville
Texas 77340-0994

Brandon Gregory Renden
TDCJ # 01679567
Boyd Unit 200 Spur 113
Teague TX 75860

JUDGE KATHLEEN CARDONE

Declaration of
Angel Eduardo Resendez
TDCJ # 2170386

FILED

MAY 20 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

EP24CV0167

Angel Eduardo Resendez Hearby Declars, I have been incarcerated since 01-26-2016. I am classified as transgender I am now in a Texas Department of criminal justice prison curently name Robertson Unit 1207 Fm 3522 Abilene TX 79601

On September 29 of 2021 I was druged and sexully abused by Brandon Gregory Rendon TDCJ # 01679567. An inmate at the Boyd Unit located at 200 spur 113 in teague tx 75860 G.wing 111, cell. I was also inserted a device inside me that broke my bone from the force Rendon forcefully shoved inside me Anully and is currently still inside f me. He is also HIV postive. the device was brough in by officer Faolk a white male.

1 OF 17

A few days before this happened I noticed officer Escobar a mexican female and officer Garcia another mexican female recording me with video cameras. I asked to speak to a ranking officer who never came, but another officer who I had never seen before walked into the building and Escobar told him she did not want anything to do with this.

Further more after I got sexually Abused and the device was inserted, I woke up in my cell and there was blood all over my bed the sheets were bright Red I could bearly sit straight because a jolt of pain would run threw my body. It was also hard to stand up Because of Discomfort and pain inside my stomach as I stood up I could feel blood driping Down my leg my boxers were also stained with blood and seamen I forced my self to walk and came out the cell I could hear inmates making jokes about what happened and saying you shouldnt of killed that Girl. I tried to leave the wing but inmates pulled me from the door and put me back in my cell I cried I could hear officer Sims a black lady in her 50's telling them I had robbed a little girl who was 17 and that I even wrote a statement on my self and because of me she is Dead.

On 8/31/2017 I was unlawfully convicted of an aggravated Robbery case # 20160D00582 where the girl her self Kassandra Castillo Ruger stated she could not tell if it was me or not that robbed her also stating that she was accusing me olny because I was present on the stand. On line up there was no positive ID police officers also state on court Records that they typed the statment and could not tell if ~~there was~~ I was sober or not and that there was no Adio nor Recording on

video because in the state of texas it is not Required to have Adio nor video in the "interrigation room" vedanee that was found on the people who accused me of the crime. None showed up to trial, and were mentioned sevral times Accusing me of the crime nly after officers Admitting on court Records of making deal with All of the Accusers to say I commited the crime and they would not be prosecuted Furtermore police officer say they Arrested me on Hearsay and went out side of city out side of there junsdiction in A diffrent county went inside my property inside my home and taking pictures and clothes for evideince while arresting me inside my home. all while the warrent was not signed by the magestrate. Officers take the stand and state the magestrate did not sign the warrent until two hours after ~~the warrent was singed~~ my Arrest not even was the discripton of the clothes that was taken nor did I fit the Discription of wat the victoms described. Evednce was moved from diffrent locations and veaicals of other people and placed on my front gate and photographed for evidance. also All evideince was given Away Exactly five Days after I was Arrested. Before my trial, almost two years before my trial without a magestrate to sign off on it. officer takes the sand and said He took it upon him self to give it away because He thought that I would have tooken a plea and not go to trial. ~~from said~~ from sims, said she commited suicied after taking pills that caused her to overdose over two years after the crime was committed.

  When I was in my cell I could do nothing but cry I was broken from the inside. Rendon told me every thing he did and what the deute was going to be used for He told me from now ~~bu~~ on He would not let any one hurt me that I was his baby I felt so much Rage but I was too weak to Do Anything

my lower back hurt I couldn't sit straight I used the restroom and the water was all bloody we noticed this jammer was over taking all radio frequencys my thing we said was coming out on the officers radios was terrified scared for my life I cried so much it put me to sleep I woke up in the middle of the night and renden was sitting there just looking at me they called breakfest and I could see people following me every were I went. I went back to my cell and laied on my bed Asking how could this happen. hours past with tears in my eyes and it was time for Dayroom I went out and sat down stouching so it would ease the pain watching my suraundry I went to get the phone and I could see sevral officers in the picket I noticed sims, officer chavez, two other Females and a white male as I picked up the phone I could hear Inmates say he grabbed the phone. I saw the door come open as some one walked in it took Everything inside me to run for the door pain Rushed threw my body and went out the front door I ran all the way to the Lutanant office an officer came out and put me in Disaplanary cage right next to the warden office window minuts later I could hear them accuse chavez of Bringing me things and estabilshing A Relationship with me I could see other officers making Punch motions and some sliceing there throat motions at me Also had inmates try to open the cage with sharp Rods and threathning me they would go after my family I was in the cage from 8am to past 10.30 eight in the morning to past ten thirty at night I was finally taken to the infermary the nurse was speachless nurse Jakson I told her what had happened and she made a phone call that I got raped they told me they were going to take me to A up scale hospital 10 minnuts Away

4 of 17

A nurse from the terrell unit told me it was named paris muston theraptic. I Dont know how true that is Due to the fact they will Not give me my medical Records

Further more I was escorted by officer mathews a black male and officer sherbert a white male I went for A CAT SCAN I Remember A nurse by the name of jones putting A bRAclett on me I was put in the machine that was located on the back left side of the building another nurse drew blood from me because I told her the person who RApeed me was HIV positive I could hear the nurse asking how did it get there I could hear mathews say i was there "little Expiriment" A nurse came out and threetten me she would inject me insulin if I didnt stop saying I got Raped. I DID tell her if she came close to me with that needle I would do Everything to defend my self and she was most likly going to lose her life. matthew ordered me to get up I could hear sherbert talking to A police office. A fat mexican who once use to work at the boyd unit from what they were saying the Device overpowered and I said they are tryn to kill me and I said Exact words they just tried to murk me. it could posscibly be recorded in teaque tx police Recordings september 30 and october 1st 2021 from 11am to 3 am I was shoved into the van and we speed away towards the boyd unit sherbert would slam on the brakes so I could slam into the cage. When we got in Range of the boyd unit I could hear my voice agin on the Radio I screamed for help I was sayin matthews and sherbert were tryn to kill me Lutenant crock crockett white female met us at the back and was telling me to stop talking I could see. At every building every officer and inmates at there windows officers with there hands on there mouths with Disbelif of what what was going on

5 of 17

I told her mathews and sherbert were trying to kill me and she told me to stop talking she asked mathews where the paper work was he stated "they didn't give us any" the nurse said told me I would see the Docter at 8 in the morning. I was forcefully escorted back in the cell where I had got RAPED BY RENDON with this DEVICE still inside me I REALLY Thought I was going To DIE THAT DAY. I could SEE in the picket there were several officers sims mathews LT CROCKETT SHERBERT WERE ALL THERE WHEN I SAW RENDON HE told ME TO go to SLEEP That EVERY thing was going to be OK I jamed the Door so it wouldnt open sevral inmates came and they were trying to open the Door with sharp rods but couldnt open the Door later an officer CAME and checked the door but I had took the jam off the Door before he got there and He was checking the door when He left I jamed the door again and minnuts later more inmates tried to open the door but couldnt. 8 am CAME by and sims CAME to tell me multiple times i had to see the Docter today almost 45 min before hen I went to medical sims walked off all the way to the building Back yard out side to the middle passage to get to medical i could hear her as i approched medical saying the pakage was on its way I walked in with my jacket put my hood on and was looking down went strait in to the Restroom I could hear 3 Men saying they were going to stab ME, one was saing he was going to go for my legs first so i couldnt Run officer garcia came out and called for count time I came out the Restroom and told garcia my name every one stoped to look at ME I was so Afraid I sat near the window so some one could see if something was to happen the Docter called my name and i went inside when

6 OF 17

went in to speak to the Doctor i could see the physic lady aproch the door but did not come in the office the Doctor told me that why did i refuse treatment & telling me did i not know that the device can rpture my intestant i told her what had happen in the hospital told her they even perscribed me laxitives she told me that she would have to seedual another appointment at galveston hospital. She told me to put a sick call or to go to the infermary if i felt any pain or discomfort i went back in the waiting room and the three guys started talking to me telling me see how they dont care about you telling me they got a price in my head every one can hear me through the radio and thats wat every one has been talking about the past two days. the whole time the phys lady is hearing every thing when garcia tells us count was clear the physic lady tells me to go to her office jon harrison STG officer walked in and told him she told him and garcia to search the 3 guys and one ran to the restroom and droped the rod in the talet jon harrison and garcia let them leave i could hear the physic lady telling them this wasnt going to be in her concious she walked in her she told me she would help me but i had to say i owed money to people so i agreed and she filed an OPI she called for a sargent and jon harrison walked in she told him she filed opi he said he would need my statment. we went to his office and i told him i got raped about the Device and how who had raped me. no rape test was conducted Rendon was never tested they did nothing to him. when some one gets raped there is policy they must follow and none was conducted i was placed in A 103 were hours later my cell was set on fire with 3M oil. when i woke up i could see the cell smny my clothes was damp i woke up in haleing the fums of the oil then suddenly flames burst the first thing that caught

n fire was my mattress I tried to set if off but the smoke as getting thick and hard to breath. I dipped my shirt n the toilet and ran towards the window covering the fram f the window which was helping me breath a little but could feel my body going numb about to pass out e door swung open and two officers helped me it of the fire of sargent tanner or turner white male told me if I didnt say I put in the deuce my self hat I would not go to the hospital I stayed looking at him Then he slaped my stomach with an open hand pain rushed threw my whole body the nurse pushed him away could see a white male in his mid twentys arguing with sim and chavez telling him they can not take me to the hospital it had to be the same clinic I could hear them telling me I would stop tryn to appeal stop contacti lawyers and that I would write a statment I commite the robbery. Then sims told me "I hope you suffer like Kassandra suffered you bastard" then she started telling me I would sign papers for a right hip replacmen and a bone marow transfer. I could hear the nurse & EMT saning we had to go He finally agreed to ake me to the same clinic I was escorted by officer Herman and officer proctor Herman a white mal proctor a white female. When we reached the clinic I got treated for burn wonds and they gave me oxegen. A nurse came up and told us they had found an HIV strand in my blood from the day I could hear them jock joking about it saying "I had a lil bit of southern confort in that ass" i felt so much rage proctor looked at me and said you aint tryn to escape are you holding the pistel in her han I answered no and she laughed at me they tried to make me sign papers for surgerys now i know te right hip was going to sims sister who at that time was the nurse secutary or head nurse the bone marow transfer was for a baby girl. Chavez is a lezbian who was with a girl or is with a girl who her

a daughter who has a fractured skull i belive on her left side. te point is this little girl has a fractured skull and were trying to use me to fix it I was sent back to the unit and placed in the same cell were I was told by Chavez and Feldk I would be sold to prostitution and they would creat a cash app and a green dot were I would send money too. That trough out my time Chavez would write me that she would not work here any more because she was about to start collage elling me I had to give them $1000.00 a month and that again I would stop trying to contact people and stop trying to Appeal my case and with time I would sign for the surgerys and wirte a statement statment I had comitted te robbery. ○ NOTE OCT 1 2021 might be Recorded on DISPATCH Records were / when they called the Ambulance te the nearest local hospital by the band unit. I was also told this is a three pice device but i only had one part that i would be in the shape of 1 triangle and the other pices would make te battery last longer I was told the only way they could find it was an X Ray that the medical Detector would not pick it up I would just have to lay low and it would be Replaced every six months and that my Anus will seal after the surgery but I could fix it with over the counter ointments falk could buy at A family Dollar.

October 6 2021 I saw the warden and classification were my OPI was approved and I was told I would get moved to another unit. the same day Jon Harrison wrote me a posetion of meth case CASE#20220023185, were I had no meth in my posetion, there was no Drug test And he Even changed my NickName on te compuer the same day to "Methy" so the case would stick. the only evidance he said was that on the 1st of oct 2021 supossably said and told another officer I was high for

six days but had no way to prove that. Nor proper Docum to back up the Alligation I was taken back to my cell were I would wait to be transfered

On Oct, 7, 2021 Jon Harrison threatened me with my life and my familys lifes that if I didnt write a statment that I didnt get raped somthing bad was going to happen I was already raped, set on fire, my family lives were threatened I had no choice I was cohoarsed to write a statment

On Oct, 8, 2021 I was on chain for transfer to another unit. when I got to cofield unit they told me they could not accept me because the boyd unit had canceled the move but they told me they would not take me back they had to call huntsville. they informed me I would stay the weekend and would go to Eastham Unit I was terrified only because before Sims tried to kill me we were having a conversation about how she had a family member with the last name cooksey black sargent when I was there. She married into the cooksey family. Cooksey Sims Nice is a black female who was a sargent when I was at the eastham unit Sims is indeed her Aunt.

Further more on 10/15/2021 I Reached the Eastham Unit Now it is called (weinright Unit) I notified predia officer Kimberly tillus what had happened at the boyd unit. she called the boyd unit then took me to the medical were she claimed nothing was wrong with that I was lying about it when one nurse said it says here you put the Device in yourself. thats when I said I thought you said nothing happen the nurse called OIG and I wrote a 5 page statment about what had happened OIG picked up case #21000147 74/I-20847-10-21 on 10/15/21 and closed 1/27/22 Because of statment Jon harrison provided O xrays No Rape test I even mentioned the Notes on

The computer where they had stated I put in the Device myself and they still didn't do anything. I mentioned what about the device inside me and they told me that was up to Medical how they were going to take it out. I wrote them a 7 page letter simmilar to this one and they completly ignored it even after the fact I stated then how did the Device get in me why was my bone Broken from the force when they put it in how did the Device Even make it in the facility and what were they going to Do About the Device Also told them I was HIV positive and that TDCJ would Not give me the medication to treat it and had they stated in two years Either the Icls would kill me or my Diabetes would catch up to me they never Answered me back and till this day TDCJ Department continues to falsify paper work.

On 01/20/22 I wrote council for offenders telling them what had happend to me on 01/25/2022 they Responded they had notified TDCJ Region 1 Director the Letter was adressed by Innocent Utulu yet Nothing happened, I wrote back and got no Responce.

I was Exterted, jumped and almost stabbed several times at the Eastham Unit. Investigation # 40064 OPI Investigation # 40901 OPI there is more incedents but TDCJ Department claimed to lose my property and Legal work moltiple times. Only after making alligations this was only happening to me was becHuse Cooksey Related to Officer Sims from the boyd unit Did they ship me imidiatly to the FERGUSON Unit

Arriving At Ferguson Unit I wrote grivance # 2022081qq where I made complaints about the Device inside me and Nothing happened I was Denied medical treatment and was said to write medical I Even mention how A Diuce was brought into the unit inside me and how I got RAped but they did nothing until a Nurse Helped

She told me she knew what they were trying to do to me and now they wanted for the Device to Rupture my intestant. He told me she would help me get off the unit and she helped me put in for a 24 hour medical unit and I was shiped the same day to Ramsey 3 unit (CT Terrel)

Arriving at the Ramsey 3 unit (CT Terrel unit) I notified prea officer Kwadijah M Kindel black lady prea officer llamas Bernadetti but they did nothing about it they told me they would investigate but nothing was done. DR Jones made several attemps to send me to Galvesten hospital, she agreed not with the symptoms & pains I was going thrugh there was Defanetly somthing inside me yet some one would cancel the visit and never put why it was cancle. I notified warden Ralph Mares and he told me to "stop wasting his time" and to talk to the preA officer's notified warden O2 Bureson carol and I was in medical at the time because I was having sharp pains inside me he told me he was going to call the boyd unit and came back and told me "It is best that I keep quiet and go back to my bunk" Lutanant Smith told me if I didnt keep quiet I would get put in seg to keep me quiet. On Jan 12 2023 the Brizoria county Sheriffs office was notified and they called the unit the warden would not let me speak to them and the chaplin told me she could give me a phone call to speak to my family After I notified her what was happening she told me "the ohly thing I can do is pray for you" I told her "what type of cristan are you"

I wrote up warden 1 mares, warden o2 Bureson prea officer kindell and llamas for attempted murder organized crime and aiding and ebetting in RAPE and filed a 1983 form wich till this day I have not heard nothing about it the same day I was placed in

12 of 17

Ristrictive housing and placed in OPI transfer to and mit by warden Ralph mares Feb/13/2023

On Febuary 17 2023 I went on medical chair to Galveston hospital were I seen a gastro intelligance docter who sceduoled a CAT SCAN because on X-Rays they had seen an object blocking my intestent and claimd I had an Exream amount of stocl in my intestent. I was told that the CAT SCAN would a Determine if they could take the device out with a colenoscapy or if they had to Do An insigen/cut me open to take out the device, I was told they would see me agin on a video call to see how they would Remae it. I went back to the ternell unit/Ramsy 3 were they Denied me the LAxitives and pAiN medications parscribed by the specialist at the Galveston Hospital

On the 15 of march 2023 I went to the infermary because I was having chest pAiNs From the Device straining my Heart my blood pressure was 145 over 100 145/100 And Nurse Palmer told the gards to put me back in my cell were I midiatly threw up and passed out when I woke up I was in my cell swiming on my threw up I could hear gards talking saying "He didnt Die" A Few Days later I was shiped to the stiles unit

when I arrived at the stiles unit I Notifieed SArgent monton prea officer what had happen she called medicAl and told me I have an apointment soen to see te Docter, she showed me on the computer were it said that I was suppossahl Delusinal and claimed I had got RAped then she said you look Fine to me then told me theres plenty

of proof I got Raped she stated "How do they explain the Device and how did it get into the prizon". She told me to wait to see what the Doctor says.

Later on I saw a Doctor on TV / video call who tried to lie abot the CAT SCAN claiming every thing was Fine. I told him what the other doctor had said about the colenascopy or if they had to do sergury He was speach less Idont know wat to say and I told him I would prosecute for Aidding and Ebbetting. He quickly said Oh I must of grabed the wrong file I claimed you couldnt have now did you know I went for a Cat SCAN I stated All your doing is trying to cover this up. He imidiatly Ended the Call I have requested my medcal records seural times and they refuse to give them to me I have requested HIV tests and I get NO Answer I was beaten an xtorted seurAl times and security Never did Nothing to help me. On June 9th 2023 I wrote the warden sArgent menten preA OFFICER and classification Requesting safe keeping but I was completly ignored by all of them.

On June 15 I was released from PHD cells Ristrictive housing were I was there over 40 days I was givin a housing Assignment on 7 bulding H-70 bottom force fully I had told them I couldnt be there Due to the fact it was on 3 row where I have lealt Ristrictions, A No climbing Ristriction were 2y policy I can not be placed on 3 Row I must be put on 1 row bottom bunk, but I was told if I didnt go they would put me in the cell by force

14 OF 17

On June 17 2023 two days after I was forced to goin the cell I was walking up stairs where in inmate jason enor 52 cell punched me from the side while I was not looking in front of two Row 63 cell I had A concusion and was out cold. I went to get help when I woke up and warden o3 A prea officer and another sargent tried to cover it up falsified paper work for a dirty UA and claimed I had sliped and fell by my self all claimed I feel in three Different locations but could not see it in the camera. Several inmates who witnessed the Asoult Asault went and told the captin and several officers what had happened and some claimed some one had paid for Jason ENOR to hit me. I went to medical and the denied to Document the incedent nurse brown claimed she didnt want no problems and asked me to ask another nurse who told me I needed to ASK a sArgent to Aprove the Documentation

On June 20th 2023 I saw Classification when I asked to speak to the CICq to press charges on the person who Asulted me for Hate crime Due to the fact I am a TRANS gender the major Vovld just shake her head in disbelif After Hearing what was happening warden o3 asked "is he Really A TRANS gender" on file she nodded and said "we been knowing this" warden e3 Apologized and told me it was going to ship me some were else and promised me I would go to a unit were I would be safe He also took my tablet so I couldnt notify my family what had happend I have also notifed council for offenders and wrote A step I grievance were I has been over 410 Days and I still havent got a responce to anything. I Arived at the Bryd unit June 27 2023

15 OF 17

I Requested a phone call sevral times and was told to put an I 60 for a tablet but I was Denied Due to the fact there excuse was that I was still logged in at the Stiles unit I stated it has been over 40 days since I had left the stiles unit how could I still be loged in and secondly I know for infact that the unit has the Attonty to log me out and give me a tablet I wrote step 1 greivance sevral I 60's and Never got a respond back I have wrote medea about pains in my chest and stomach and Never got a Reply back I was told one time I would see the Docter soon but that Never came

Right Now im going through chest pains I could feel my chest straining from the Device inside me. I get Realy bad cramps / musle cramps on my legs to the the point I have to force my self to stand up. Extream pain where im in tears or Rolling around. I have frequent migrains, befor All this happened I weighed 210 pounds use to work out everyday Now im 160 and I can bearly lift my self up my stomach straining, Every day I get alot of pain and disconfort inside me. I use the Restroom every 6 to 7 days I have had a fratured wrist over 5 months now I can bearly cary a water pitcher with out it hurting. when it starts to cool down All my joints start to hurt I cant have a fan pointed Directly with out my joints hurtting. I Am starting starting to Develope Black Rings around my eyes Theres times were my body gose numb, im scared to fall Asleep and not wake up any more. Im scared any day could be my Last the TDCJ Department Refuses to help me any more All they waiting for is my intestant to burst or the tids to kill me. I belive every Attack I have encountere is pre meditated and was ment to kill me. YES I DID MAKE A PLEA AGREEMENT FOR 25 years in confinment in the DCJ syystem. NOT A LIFE SENTENCE OF TORTURE, CRUAL & ANUSUAL punish ment, WAT happend to PREA WHAT HAPPEND TO JUSTICE

16 OF 17

I Declare under the penalty of perjury That for the going is true and correct This Document was Executed

Copies were made and sent to sevral locations, Federal courts in the western, Eastern and southern Due to inceddents that happend in diffrent units, Regions and countyJ. Also sent to CBS News 524 west 57th ST New york NY 10019, Fox Brodcasting (FOX News) po box 900 Beverly hills CA 90213, Crime Stoppers, po Box 1855 Huntsville TX 77340 The Dallas morning News 508 young ST Dallas TX 75202 Huston Cronicle po box 4260, The honable John Witmire 803 Yale St Husten Tx 77007, KABB Fox 29 4335 NW Loop 410 San Antonio Tx 78229, US Attorney general 950 pennsylvania AVE NW washington DC 20530. And will be sent to multple Stat Represenitives, to Any sorce of media, lawyers, Judges, and Law Enforcment to Expose this torture and cRul and Anusual punishment I have taken by the TEXAS Department of cRiminal justice

Angel EDUARDO Resendez
TDCJ # 2170386

Angel Resendez

Executed At the Robertson Unit, on October 31st n'2023

This decleration consist of seventeen pages 17 pages

RiantThumb